IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHNNY RICHARD ALMOND, III,<br><br>Defendant. | 1:09-cr-00250-WSD-3 |

## ORDER

This matter is before the Court on Defendant Johnny Richard Almond, III's ("Defendant") Motion to Terminate Defendant's Supervised Release Term (the "Motion") [106].

On December 15, 2010, Defendant was sentenced to ninety-two (92) months imprisonment and four (4) years of supervised release after pleading guilty to Conspiracy to Possess with Intent to Distribute At Least 500 Grams of Cocaine, in violation of 21 U.S.C. § 846. (See [89]). On August 3, 2016, Defendant filed his *pro se* Motion to Terminate Defendant's Supervised Release Term. Defendant requests that the Court terminate his term of supervised release early due to his compliance with his conditions of supervision. ([106] at 3). Defendant began his term of supervised release on February 23, 2015.

On August 17, 2016, the United States filed its Response to Defendant's

Motion for Early Termination of Supervised Release [107]. The Government advises that Defendant has been in full compliance with his conditions of release and Defendant's Probation Officer, Quiana Whitson, has no objection to early termination. Id. The Government has no objection to Defendant's Motion due to the Probation Officer's statements.

Accordingly, due to the statements of the parties and Defendant's compliance while on supervised release,

**IT IS HEREBY ORDERED** that Defendant's Motion to Terminate Defendant's Supervised Release Term [106] is **GRANTED**. Defendant's term of Supervised Release is terminated effective December 1, 2016.

**SO ORDERED** this 18th day of August, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE